UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES METZ,

                Plaintiff,              CASE NUMBER: 14-10926
                                            HONORABLE VICTORIA A. ROBERTS

v.

BAPTIST THIS KIDS and MUSLIMS,

                Defendants.

_____/

## <u>ORDER</u>

On February 28, 2014, Plaintiff James Metz filed a *pro se* complaint against "Baptist this Kids" and "Muslims."  Plaintiff failed to provide the filing fee for his complaint and did not file an application to proceed *in forma pauperis*.

Although Plaintiff appears to be asking for $1 billion in damages and $199 in attorney fees, the complaint consists solely of disconnected allegations, the majority of which are illegible.

Plaintiff fails to allege any basis for federal subject matter jurisdiction.  He does not state any claim "arising under the Constitution, laws, or treaties of the United States"; he also fails to state his citizenship or the citizenship of defendants.  The Court does not have federal question jurisdiction under 28 U.S.C. § 1331; nor does it have diversity jurisdiction under 28 U.S.C. § 1332.  Accordingly, the Court does not have subject matter jurisdiction.  Plaintiff's complaint is **DISMISSED**.

      **IT IS ORDERED**.


                                   S/Victoria A. Roberts_____
Dated:  March 11, 2014              United States District Judge

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on March 11, 2014.

S/Carol A. Pinegar
Deputy Clerk